UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
ERNESTO VASQUEZ,

       Plaintiff,       19-CV-9959 (JMF)

    -v-           ORDER

KEVIN J. ARRIAGA, and ARI FLEET LT,

       Defendants.
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

  Plaintiff's motion for remand, ECF No. 8, is GRANTED as unopposed. *See* ECF No. 13. The Clerk of Court is directed to terminate ECF Nos. 8 and 13, remand the case to the Supreme Court of the State of New York, County of Bronx, and close the case on this Court's docket.

  SO ORDERED.

Dated: November 15, 2019
   New York, New York          JESSE M. FURMAN
                   United States District Judge